IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KATHRYN L. SOUDERS,
        Plaintiff,

v.

NEXTGEN HEALTHCARE
INFORMATION SYSTEMS, INC.; QSI
MANAGEMENT, LLC; and, QUALITY
SYSTEMS, INC.,
        Defendants.

CIVIL ACTION

NO. 13-1957

FILED
OCT 21 2013
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## ORDER

**AND NOW,** this 18th day of October, 2013, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, **IT IS ORDERED** that the above action is **DISMISSED WITH PREJUDICE**, by agreement of counsel, without costs.

                                                **BY THE COURT:**

                                                _/s/ Jan E. DuBois_
                                                DuBOIS, JAN E., J.

**ENTERED**
OCT 21 2013
**CLERK OF COURT**